[No. 8349–3–II.   Division Two.   October 6, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY CARD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce

County, No. 84–1–00694–5, Floyd V. Hicks, J., entered November 28, 1984. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Petrich, JJ.